UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUTH RISBERG                                JURY TRIAL DEMANDED

v.                                                        CASE NO.  3:10 CV

ERICA BRACHFELD

COMPLAINT

1.   Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"),

l5 U.S.C. § l692; the Connecticut Creditor Collection Practices Act ("CCPA"), Conn. Gen.

Stat. § 36a-645 or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and

regulations issued thereunder; or the Connecticut Unfair Trade Practices Act ("CUTPA"),

Conn. Gen. Stat. § 42-110a.

2.   The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l and § 1367.

3.   Plaintiff is a natural person who has resided in Connecticut at all relevant times

4.   Plaintiff is a consumer within the FDCPA.

5.   Defendant is a debt collector within the FDCPA.

6.   Defendant had a place of business at  880 Apollo St # 155, El Segundo CA 90245

which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes

when attempting to communicate with plaintiff concerning efforts to collect  a disputed

personal account Ref 10205279.

7.   Brachfeld has been sued at least three times for collecting in Connecticut without a

license.

FIRST COUNT

8.    In the collection efforts,  defendant violated the FDCPA, § 1692d, -e, or -f.

SECOND COUNT

9.   Within three years prior to the date of this action Defendant engaged in acts and

practices as to plaintiff in violation of the Creditors' Collection Practices Act, §36a-645 *et seq.*,

or the Consumer Collection Agency Act, § 36a-800 *et seq.* Conn. Gen. Stat.

10. Defendant has committed unfair or deceptive acts or practices within the meaning

of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1.   Award plaintiff  such damages as are permitted by law, both compensatory and punitive,

including $1,000 statutory damages under each of the FDCPA or CCPA for each communication

against defendant;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.   Award declaratory and injunctive relief, and such other and such further relief as law or

equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net